# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: BARRINGTON SPRING HOUSE, LLC | § | Case No. 3:14-30054-BAB |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Paul H. Spaeth, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$1,526,240.01_ *(without deducting any secured claims)* | Assets Exempt: _$0.00_ |
| Total Distribution to Claimants:$839,148.77 | Claims Discharged Without Payment: $3,010,105.49 |
| Total Expenses of Administration:$549,378.97 | |

3) Total gross receipts of $ 1,388,527.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,388,527.74 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $7,680,919.70 | $10,708,920.00 | $597,709.02 | $597,709.02 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 325.00 | 162,375.07 | 162,375.07 | 162,375.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 51,152.55 | 371,330.53 | 387,003.90 | 387,003.90 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 22,817.22 | 59,081.22 | 5,746.26 | 4,457.24 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 108,687.14 | 9,375,880.43 | 3,163,171.64 | 236,982.51 |
| **TOTAL DISBURSEMENTS** | $7,863,901.61 | $20,677,587.25 | $4,316,005.89 | $1,388,527.74 |

    4)  This case was originally filed under Chapter 7 on January 09, 2014.
The case was pending for 69 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/27/2020 _____    By: /s/Paul H. Spaeth _____
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate tax appeal - 2014 refund | 1249-000 | 21,859.04 |
| Real estate tax refunds from 2011 purchase | 1249-000 | 231,953.40 |
| Insurance refund: pre-petition receiver's policy | 1221-000 | 9,503.31 |
| Funds Turned Over in a Converted Case | 1290-000 | 1,125,211.99 |
| **TOTAL GROSS RECEIPTS** | | **$1,388,527.74** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 28 | Harrison Township Board of Township Trustees | 4110-000 | N/A | 51,966.60 | 39,466.60 | 39,466.60 |
| 8-S | Limor Mawardi | 4110-000 | N/A | 3,500,000.00 | 133,763.00 | 133,763.00 |
| 9-S | Isaac Keith Mawardi | 4110-000 | N/A | 3,500,000.00 | 133,763.00 | 133,763.00 |
| 10-S | Rafael Mawardi | 4110-000 | N/A | 3,500,000.00 | 133,763.02 | 133,763.02 |
| BANKOFAM | Bank of America, N.A. | 4110-000 | N/A | 156,953.40 | 156,953.40 | 156,953.40 |
| NOTFILED | Rafael, Isaac Keith and Limor Mawardi c/o Joshua R. | 4110-000 | 3,500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Montgomery County Treasurer Montgomery County Admin. | 4110-000 | 301,919.70 | N/A | N/A | 0.00 |
| NOTFILED | Highgate Road Pty. Ltd., Attn: Kaye | 4110-000 | 3,879,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$7,680,919.70** | **$10,708,920.00** | **$597,709.02** | **$597,709.02** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other – Insurance Partners Agency Inc. | 2300-000 | N/A | 118.05 | 118.05 | 118.05 |
| Other – River's Edge Apartments & Townhomes, LLC | 2500-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) – United | 2700-000 | N/A | 993.00 | 993.00 | 993.00 |
| U.S. Trustee Quarterly Fees – Office of the U.S. Trustee | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other – Insurance Partners Agency, Inc. | 2300-000 | N/A | 886.62 | 886.62 | 886.62 |
| Other – Insurance Partners Agency, Inc. | 2300-000 | N/A | 499.16 | 499.16 | 499.16 |
| Other – Insurance Partners Agency, Inc. | 2300-000 | N/A | 107.17 | 107.17 | 107.17 |
| Other – Insurance Partners Agency, Inc. | 2300-000 | N/A | 176.91 | 176.91 | 176.91 |
| Other – Beavercreek Bookkeeping & Tax Services LLC | 3410-000 | N/A | 325.00 | 325.00 | 325.00 |
| Attorney for Trustee Fees (Trustee Firm) – Rieser & Marx LLC | 3110-000 | N/A | 52,805.50 | 52,805.50 | 52,805.50 |
| Attorney for Trustee Expenses (Trustee Firm) – Rieser & Marx LLC | 3120-000 | N/A | 3,001.95 | 3,001.95 | 3,001.95 |
| Attorney for Trustee Fees (Trustee Firm) – Rieser & Marx LLC | 3110-000 | N/A | 28,764.50 | 28,764.50 | 28,764.50 |
| Attorney for Trustee Expenses (Trustee Firm) – Rieser & Marx LLC | 3120-000 | N/A | 1,530.60 | 1,530.60 | 1,530.60 |
| Other – Rieser & Marx LLC | 3210-000 | N/A | 25,032.00 | 25,032.00 | 25,032.00 |
| Other – Rieser & Marx LLC | 3220-000 | N/A | 426.92 | 426.92 | 426.92 |
| Other – Gregory T. Engler, Attorney at Law | 3210-000 | N/A | 928.00 | 928.00 | 928.00 |
| Other – Thomas G. Kramer | 3410-000 | N/A | 3,200.00 | 3,200.00 | 3,200.00 |
| Trustee Compensation – John Paul Rieser | 2100-000 | N/A | 6,417.09 | 6,417.09 | 6,417.09 |
| Trustee Compensation – Paul H. Spaeth | 2100-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| Trustee Expenses – Paul H. Spaeth | 2200-000 | N/A | 833.96 | 833.96 | 833.96 |
| Other – Anthony F. Mollica & Associates, Inc. | 3711-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Other – United States Treasury | 2690-730 | N/A | 1,992.52 | 1,992.52 | 1,992.52 |
| Other – U.S. Legal Support | 2990-000 | N/A | 782.75 | 782.75 | 782.75 |
| Other – U.S. Legal Support, Inc. | 2990-000 | N/A | 281.77 | 281.77 | 281.77 |
| Other – Florida Court Reporting | 2990-000 | N/A | 935.48 | 935.48 | 935.48 |
| Other – Florida Court Reporting | 2990-000 | N/A | 11.12 | 11.12 | 11.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $162,375.07 | $162,375.07 | $162,375.07 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 6810-000 | N/A | 15,998.69 | 15,998.69 | 15,998.69 |
| Esther Edelsten | 6990-000 | N/A | 148,842.00 | 165,623.17 | 165,623.17 |
| INTERNAL REVENUE SERVICE | 6810-000 | N/A | 34,998.60 | 34,998.60 | 34,998.60 |
| Ohio Department of Taxation | 6810-000 | N/A | 1,037.37 | 0.00 | 0.00 |
| Ohio Department of Job and Family Services | 6820-000 | N/A | 70.43 | 70.43 | 70.43 |
| United States Treasury | 6950-730 | N/A | 503.02 | 503.02 | 503.02 |
| Internal Revenue Service | 6810-000 | N/A | 10,766.39 | 10,766.39 | 10,766.39 |
| Ohio Dept. of Jobs and Family Services | 6820-000 | N/A | 1,043.54 | 1,043.54 | 1,043.54 |
| Ohio Dept of Taxation | 6820-000 | N/A | 70.43 | 0.00 | 0.00 |
| Beavercreek Bookkeeping & Tax Services LLC | 6410-000 | N/A | 1,675.00 | 1,675.00 | 1,675.00 |
| Rieser & Marx LLC | 6120-000 | N/A | 3,847.37 | 3,847.37 | 3,847.37 |
| Rieser & Marx LLC | 6110-000 | N/A | 36,152.63 | 36,152.63 | 36,152.63 |
| Rieser & Marx LLC | 6110-000 | N/A | 26,941.37 | 26,941.37 | 26,941.37 |
| Strip, Hoppers, Leithart, McGrath & Terlecky, Co., LPA | 6210-160 | N/A | 37,409.27 | 37,409.27 | 37,409.27 |
| Gregory T. Engler, Attorney at Law | 6210-600 | N/A | 290.00 | 290.00 | 290.00 |
| Gregory T. Engler, Esq. | 6210-600 | N/A | 522.00 | 522.00 | 522.00 |
| Gregory T. Engler, Attorney at Law | 6210-600 | N/A | 737.50 | 737.50 | 737.50 |
| Esther Edelsten | 6990-000 | N/A | 49,387.55 | 49,387.55 | 49,387.55 |
| State of Ohio | 6820-000 | N/A | 1,037.37 | 1,037.37 | 1,037.37 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $371,330.53 | $387,003.90 | $387,003.90 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | INTERNAL REVENUE SERVICE | 5800-000 | unknown | 15,998.69 | 0.00 | 0.00 |
| 2P-2 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 15,998.69 | 0.00 | 0.00 |
| 2P-3 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 15,998.69 | 0.00 | 0.00 |
| 7P | Ohio Department of Taxation | 5800-000 | N/A | 43.89 | 43.89 | 43.89 |
| 12P | Ohio Department of Job and Family Services | 5800-000 | N/A | 1,840.54 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12P-2 | Ohio Department of Job and Family Services | 5800-000 | N/A | 1,935.34 | 1,935.34 | 646.32 |
| 13 | STANFORD LATIMORE | 5600-000 | 1,275.00 | 1,275.00 | 1,275.00 | 1,275.00 |
| 15 | DEBORAH ANDERSON | 5600-000 | 425.00 | 425.00 | 425.00 | 425.00 |
| 17 | Ohio Department of Job and Family Services | 5800-000 | N/A | 105.37 | 0.00 | 0.00 |
| 17 -2 | Ohio Department of Job and Family Services | 5800-000 | N/A | 105.37 | 0.00 | 0.00 |
| 17 -3 | Ohio Department of Job and Family Services | 5800-000 | N/A | 105.37 | 0.00 | 0.00 |
| 20 | CRYSTAL V MUKES | 5600-000 | 525.00 | 717.63 | 717.63 | 717.63 |
| 27 | Ohio Department of Taxation | 5800-000 | unknown | 2,007.89 | 0.00 | 0.00 |
| 27 -2 | Ohio Department of Taxation | 5800-000 | N/A | 1,174.35 | 0.00 | 0.00 |
| 27 -3 | Ohio Department of Taxation | 5800-000 | N/A | 1,174.35 | 1,174.35 | 1,174.35 |
| 31P | Ohio Department of Job and Family Services | 5800-000 | N/A | 175.05 | 175.05 | 175.05 |
| NOTFILED | Internal Revenue Service | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Barbara Carlisle | 5200-000 | 598.00 | N/A | N/A | 0.00 |
| NOTFILED | Tina Willingham | 5200-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Willie Moore | 5200-000 | 425.00 | N/A | N/A | 0.00 |
| NOTFILED | Siedha Buckley | 5200-000 | 848.00 | N/A | N/A | 0.00 |
| NOTFILED | Jamie Hickman | 5200-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Anne Montgomery | 5200-000 | 598.00 | N/A | N/A | 0.00 |
| NOTFILED | Stephen Martin | 5200-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Wanda Copeland | 5200-000 | 385.00 | N/A | N/A | 0.00 |
| NOTFILED | Tontina Redwine | 5200-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Ricky L. Jackson | 5200-000 | 1,440.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeffrey Mitchell | 5200-000 | 149.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeffrey Woods | 5200-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Phillip M. Patterson | 5200-000 | 1,586.25 | N/A | N/A | 0.00 |
| NOTFILED | U. S. Attorney General | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Michael D. Damron | 5200-000 | 697.13 | N/A | N/A | 0.00 |
| NOTFILED | Ohio Attorney General Collections Enforcement | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Joanna Buchanan | 5200-000 | 1,455.00 | N/A | N/A | 0.00 |
| NOTFILED | Juanita Revell | 5200-000 | 564.00 | N/A | N/A | 0.00 |
| NOTFILED | Labaron Stallworth | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amber Chapel | 5200-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Allan Thacker | 5200-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Brenda Mayorga | 5200-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Karin Baxter | 5200-000 | 320.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | U. S. Attorney U S District Courthouse & Federal | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Anita Shaw | 5200-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | Charles Marshall | 5200-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | Carl Hoff | 5200-000 | 335.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Hilt | 5200-000 | 299.00 | N/A | N/A | 0.00 |
| NOTFILED | Frederick Sizemore | 5200-000 | 299.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Shope | 5200-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Brimm | 5200-000 | 323.00 | N/A | N/A | 0.00 |
| NOTFILED | Papa Seck | 5200-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Ralph Williams | 5200-000 | 299.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeland Shaw | 5200-000 | 335.00 | N/A | N/A | 0.00 |
| NOTFILED | Ronald Martin | 5200-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Howard Crowley | 5200-000 | 10.00 | N/A | N/A | 0.00 |
| NOTFILED | Sanjay Solomon | 5200-000 | 365.00 | N/A | N/A | 0.00 |
| NOTFILED | Shirley Thomas | 5200-000 | 3.00 | N/A | N/A | 0.00 |
| NOTFILED | James Ringler | 5200-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Russell Abernathy, Jr. | 5200-000 | 937.50 | N/A | N/A | 0.00 |
| NOTFILED | Ronald White | 5200-000 | 980.00 | N/A | N/A | 0.00 |
| NOTFILED | Jacqueline Lasley | 5200-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Carol Price | 5200-000 | 302.00 | N/A | N/A | 0.00 |
| NOTFILED | Nina Washington | 5200-000 | 0.01 | N/A | N/A | 0.00 |
| NOTFILED | Monica Williams | 5200-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | Mary Bernard | 5200-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Melvin Brown | 5200-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Mario Sealy | 5200-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Clint Jackson | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Linda Foster | 5200-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Corla J. Young | 5200-000 | 697.33 | N/A | N/A | 0.00 |
| NOTFILED | Leonard Dean | 5200-000 | 340.00 | N/A | N/A | 0.00 |
| NOTFILED | Momouna Yanogo | 5200-000 | 680.00 | N/A | N/A | 0.00 |
| NOTFILED | Dajuan Deloach | 5200-000 | 490.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Bush | 5200-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | Diana Hines | 5200-000 | 99.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Michael Bousman | 5200-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | Demetrius Williams | 5200-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Daryl Turner | 5200-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Dorothy Williams | 5200-000 | 425.00 | N/A | N/A | 0.00 |
| NOTFILED | Deneva Napier | 5200-000 | 150.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $22,817.22 | $59,081.22 | $5,746.26 | $4,457.24 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | United States Bankruptcy Court - FOR RENT | 7100-001 | 1,484.00 | 3,855.62 | 3,855.62 | 3,855.62 |
| 2U | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 2,159.19 | 0.00 | 0.00 |
| 2U-2 | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 2,159.19 | 0.00 | 0.00 |
| 2U-3 | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 2,159.19 | 0.00 | 0.00 |
| 2U-4 | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 2,159.19 | 2,159.19 | 2,159.19 |
| 3 | INTERLINE BRANDS INC BANKRUPTCY | 7100-000 | 1,746.85 | 2,830.82 | 2,830.82 | 2,830.82 |
| 4 | ADT Security Services Inc | 7100-000 | N/A | 1,259.74 | 1,259.74 | 1,259.74 |
| 5 | ADT Security Services Inc | 7100-000 | 294.56 | 56.71 | 56.71 | 56.71 |
| 6 | Strahorn & Co. | 7100-000 | 305.10 | 915.10 | 915.10 | 915.10 |
| 7U | Ohio Department of Taxation | 7100-000 | N/A | 100.00 | 100.00 | 100.00 |
| 11 | Dayton Power and Light | 7100-000 | 9,680.04 | 12,071.94 | 12,071.94 | 12,071.94 |
| 12U | Ohio Department of Job and Family Services | 7100-000 | N/A | 739.46 | 0.00 | 0.00 |
| 12U-2 | Ohio Department of Job and Family Services | 7100-000 | N/A | 751.19 | 751.19 | 751.19 |
| 14 | RIM Painting | 7100-000 | 1,050.00 | 1,785.00 | 1,785.00 | 1,785.00 |
| 16 | Rumpke | 7100-000 | 5,076.40 | 103.61 | 103.61 | 103.61 |
| 18 | Montgomery County Environmental Services | 7100-000 | 9,727.79 | 10,388.98 | 10,388.98 | 10,388.98 |
| 21 | United States Bankruptcy Court - FOR RENT | 7100-001 | N/A | 753.34 | 753.34 | 753.34 |
| 22 | Vectren Energy Delivery | 7100-000 | 15,498.62 | 1,541.89 | 1,541.89 | 1,541.89 |
| 23 | Vectren Energy Delivery | 7100-000 | N/A | 1,491.45 | 1,491.45 | 1,491.45 |
| 24 | Vectren Energy Delivery | 7100-000 | N/A | 1,167.76 | 1,167.76 | 1,167.76 |
| 25 | Vectren Energy Delivery | 7100-000 | N/A | 233.01 | 233.01 | 233.01 |
| 26 | VAN MARTIN WINDOWS & ROOFING | 7100-000 | 1,788.66 | 4,551.03 | 4,551.03 | 4,551.03 |
| 29U | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 5,235.46 | 5,235.46 | 5,235.46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | Bladecutter's, Inc. | 7200-000 | N/A | 11,919.80 | 11,919.80 | 0.00 |
| 33 | CRYSTAL V MUKES | 7200-000 | N/A | 717.63 | 0.00 | 0.00 |
| 34 | VAN MARTIN WINDOWS & ROOFING | 7200-000 | N/A | 4,551.03 | 0.00 | 0.00 |
| 8-U | Limor Mawardi | 7400-000 | N/A | 3,100,000.00 | 1,033,333.33 | 61,910.23 |
| 9-U | Isaac Keith Mawardi | 7400-000 | N/A | 3,100,000.00 | 1,033,333.33 | 61,910.22 |
| 10-U | Rafael Mawardi | 7400-000 | N/A | 3,100,000.00 | 1,033,333.34 | 61,910.22 |
| 27-U | Ohio Dept of Taxation | 7100-000 | N/A | 223.10 | 0.00 | 0.00 |
| NOTFILED | AFLAC World Wide Headquarters | 7100-000 | 360.84 | N/A | N/A | 0.00 |
| NOTFILED | A1 Tactical Protection Services | 7100-000 | 36,088.96 | N/A | N/A | 0.00 |
| NOTFILED | Bladecutter's, Inc. | 7100-000 | 1,829.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 412.44 | N/A | N/A | 0.00 |
| NOTFILED | AUM | 7100-000 | 762.94 | N/A | N/A | 0.00 |
| NOTFILED | U. S. Attorney General | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | U. S. Attorney U S District Courthouse & Federal | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ohio Attorney General Collections Enforcement | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dayton Power & Light | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cintas | 7100-000 | 362.57 | N/A | N/A | 0.00 |
| NOTFILED | Rite Rug Company, Inc. c/o Fifth Third Bank | 7100-000 | 1,086.75 | N/A | N/A | 0.00 |
| NOTFILED | Premium Assignment Corporation | 7100-000 | 17,402.35 | N/A | N/A | 0.00 |
| NOTFILED | Sherwin Williams | 7100-000 | 529.87 | N/A | N/A | 0.00 |
| NOTFILED | Pester Plumbing | 7100-000 | 129.00 | N/A | N/A | 0.00 |
| NOTFILED | Stericycle Communications Solutions Central Database | 7100-000 | 1,080.00 | N/A | N/A | 0.00 |
| NOTFILED | Harrison Township | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lasky & Scharrer | 7100-000 | 348.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CoreLogic SafeRent | 7100-000 | 119.98 | N/A | N/A | 0.00 |
| NOTFILED | Englewood Glass | 7100-000 | 275.86 | N/A | N/A | 0.00 |
| NOTFILED | Colibri Property Management, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Extreme Performance Carpet Care LLC | 7100-000 | 1,246.56 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $108,687.14 | $9,375,880.43 | $3,163,171.64 | $236,982.51 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 3:14-30054-BAB | **Trustee:**    (550470)    Paul H. Spaeth |
| **Case Name:**    BARRINGTON SPRING HOUSE, LLC | **Filed (f) or Converted (c):**   09/08/14 (c) |
| | **§341(a) Meeting Date:** |
| **Period Ending:** 05/27/20 | **Claims Bar Date:**    01/30/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1 | Riverside Park Apartments 4346 Riverside Drive<br>   Net funds ($1,027,439.33) were received in Ch. 11<br>case on 6/21/14. $400,000 paid from such funds to 3<br>secured creditors (Mawardis) per carveout agreement<br>($400,000 total) on 7/13/15, leaving $627,439.33,<br>transferred to Acct 2166 on 8/25/15. Amount received<br>from sale is not reflected in Column 5, Form 1, as<br>funds were received while case was in Ch. 11 and this<br>final report reflects Ch. 7 activity only. Amounts<br>received are reflected in Asset No. 17. | 1,500,000.00 | 1,107,500.00 | | 0.00 | FA |
| 2 | Funds on Deposit at PNC Bank checking account<br>   Petition value is as of the Chapter 11 filing; Most of<br>this account was spent during the Chapter 11 and the<br>remaining balance ($164.73) was turned over to the<br>Chapter 11 Trustee (in  Ch 11 case, so not reflected in<br>Column 5) | 11,614.01 | 164.73 | | 0.00 | FA |
| 3 | Secuirty Deposit with Dayton Power & Light | 4,602.00 | 0.00 | | 0.00 | FA |
| 4 | Unpaid Rent --79,440.43<br>   Collectability uncertain. Funds turned over in Ch 11<br>case so not reflected in Column 5. | Unknown | 1,730.52 | | 0.00 | FA |
| 5 | 1995 Chevrolet 2500 Truck w/snow plow attachment<br>   This property was sold as part of a package deal<br>along with the real estate | 1,774.00 | 0.00 | | 0.00 | FA |
| 6 | Misc Office Equipment<br>   This property was sold as part of a package deal<br>along with the real estate | 3,500.00 | 0.00 | | 0.00 | FA |
| 7 | Snowblower and two riding lawnmowers<br>   This property was sold as part of a package deal<br>along with the real estate | 2,750.00 | 0.00 | | 0.00 | FA |
| 8 | Large lot of replacement cabinets<br>   This property was sold as part of a package deal<br>along with the real estate | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Post-petition financing turned over by DIP atty  (u)<br>   Funds ($59,237.50)  turned over in Ch. 11 case so<br>not reflected in Column 5. | 0.00 | 59,237.50 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 3:14-30054-BAB | **Trustee:** (550470) Paul H. Spaeth |
| **Case Name:** BARRINGTON SPRING HOUSE, LLC | **Filed (f) or Converted (c):** 09/08/14 (c) |
| | **§341(a) Meeting Date:** |
| **Period Ending:** 05/27/20 | **Claims Bar Date:** 01/30/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | Claims for preferences and fraudulent transfers  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Insurance premium refund - liability policy  (u)  Paid to Esther Edelsten pursuant to the post-petition financing order (Docket No. 65). Funds turned over in Chapter 11 case ($14,081.55). | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Insurance premium refund - real estate policy  (u)  $35,306 paid to Esther Edelsten pursuant to the post-petition financing order (Docket No. 65); the other $40,000 was carved out for the fees of the Ch. 11 Trustee and his professionals. Funds turned over in Ch. 11 case. | 0.00 | 40,000.00 | | 0.00 | FA |
| 13 | Insurance premium refund - vehicle  (u)  Funds received in Ch. 11 case. | 0.00 | 67.01 | | 0.00 | FA |
| 14 | Real estate tax appeal - 2014 refund  (u) | 0.00 | 21,859.04 | | 21,859.04 | FA |
| 15 | Real estate tax refunds from 2011 purchase  (u)  Litigation in state court to determine whether this is property of the estate | 0.00 | 231,953.40 | | 231,953.40 | FA |
| 16 | Insurance refund: pre-petition receiver's policy  (u)  Refund on policy obtained by state court receiver prior to the bankruptcy | 0.00 | 9,503.31 | | 9,503.31 | FA |
| 17 | Funds Turned Over in a Converted Case  (u)  Amount transferred from Chapter 11 case, consisting of totals of 3  estate bank accts: (Acct 68):$40,000; (Acct 67): $1,027,439.33; (Acct 66): $57,772.66. | 0.00 | 0.00 | | 1,125,211.99 | FA |
| **17** | **Assets    Totals** (Excluding unknown values) | **$1,526,240.01** | **$1,472,015.51** | | **$1,388,527.74** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/15/19-Case is ready for closing process to begin. PHS

10/01/18-Trustee is awaiting final informational tax returns from accountant. Trustee will submit returns and request for prompt determination from IRS. Once it has been established that no taxes are owed by the estate, the Trustee intends to submit a final report.

06/29/18-Trustee Spaeth notes: Court approved settlement of real estate tax refund issue and Trustee has disbursed funds  per settlement terms to Bank of America. Trustee is in process of working with accountant regarding possible tax returns and intends to review proofs of claim.

Trustee  Rieser notes:

June 22, 2017: The court entered an agreed judgment entry in Adversary Case No. 17-3020. The Defendant, the Montgomery Co. Treasurer's office, agreed to

Exhibit 8
Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 3:14-30054-BAB | Trustee: | (550470) | Paul H. Spaeth |
| Case Name: | BARRINGTON SPRING HOUSE, LLC | Filed (f) or Converted (c): | 09/08/14 (c) | |
| | | §341(a) Meeting Date: | | |
| Period Ending: 05/27/20 | | Claims Bar Date: | 01/30/15 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

turnover real estate tax refunds to the Trustee in the total amount of $231,953.40. The Trustee expects to receive this check in July 2017. After the check is received, the Trustee will file a motion to reopen the Streit Trust receivership case in the Montgomery County Common Pleas Court. The Streit Trust was the prior owner of the real estate before Barrington purchased it. Trustee will provide notice through the Streit Trust receivership case to all parties who might claim an interest in the real estate tax refunds. The Trustee expects to file this motion in August 2017.

May 9, 2017: The Trustee's adversary against David Levy, et al. (Adversary Case No. 16-3002) will most likely be dismissed. The Trustee has been exchanging documents with counsel for Defendant, TMG Team Marketing. The parties are preparing drafts of a joint stipulation of dismissal and mutual releases. If all of the documents are approved, the Trustee expects this adversary to be dismissed by August 2017.

Initial Projected Date Of Final Report (TFR):   December 31, 2018     Current Projected Date Of Final Report (TFR):   April 15, 2019  (Actual)

May 27, 2020

Date

/s/ Paul H. Spaeth

Paul H. Spaeth

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 3:14-30054-BAB
**Case Name:** BARRINGTON SPRING HOUSE, LLC

**Taxpayer ID #:** **-***2719
**Period Ending:** 05/27/20

**Trustee:** Paul H. Spaeth (550470)
**Bank Name:** Mechanics Bank
**Account:** ******2166 - Checking Account
**Blanket Bond:** $2,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/14 | {17} | Estate of Barrington Spring House, LLC | Turnover of Funds | 1290-000 | 57,772.66 | | 57,772.66 |
| 09/17/14 | 137 | Clerk, U.S. Bankruptcy Court | Esther Edelsten funds deposited with court (Docket No.174) Voided on 09/25/14 | 2990-800 | | 49,387.55 | 8,385.11 |
| 09/25/14 | 137 | Clerk, U.S. Bankruptcy Court | Esther Edelsten funds deposited with court (Docket No.174) Voided: check issued on 09/17/14 | 2990-800 | | -49,387.55 | 57,772.66 |
| 10/06/14 | 138 | Esther Edelsten | DIP Lender's portion of insurance refunds; Paid per Docket No. 65 and 186 | 6990-000 | | 49,387.55 | 8,385.11 |
| 10/13/14 | 139 | Office of the U.S. Trustee | Final Chapter 11 fees for quarter of July through September 2014 | 2950-000 | | 325.00 | 8,060.11 |
| 12/03/14 | 140 | Beavercreek Bookkeeping & Tax Services LLC | Accountant fees (Docket No. 192) | 6410-000 | | 1,675.00 | 6,385.11 |
| 12/03/14 | 141 | Anthony F. Mollica & Associates, Inc. | Appraiser fees for Board of Revision testimony (Docket No. 192) | 3711-000 | | 1,000.00 | 5,385.11 |
| 12/03/14 | 142 | Gregory T. Engler, Attorney at Law | File #1108-101; Special Counsel for real estate tax appeal (Docket No. 192) | | | 1,665.50 | 3,719.61 |
| | | | Prior Chapter Fees          737.50 | 6210-600 | | | 3,719.61 |
| | | | Chapter 7 Fees              928.00 | 3210-000 | | | 3,719.61 |
| 12/16/14 | 143 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/16/2014 FOR CASE #14-30054, Bond Premium | 2300-000 | | 886.62 | 2,832.99 |
| 01/28/15 | 144 | United States Treasury | 2014 FUTA payroll taxes | 6950-730 | | 503.02 | 2,329.97 |
| 02/09/15 | {14} | Tri-State Land Title | Litigation/ tax appeal refund for Montgomery Co. Board of Revision Case BOR #2740 | 1249-000 | 21,859.04 | | 24,189.01 |
| 02/25/15 | 145 | Gregory T. Engler, Esq. | Special counsel fees (Docket No. 207) | 6210-600 | | 522.00 | 23,667.01 |
| 05/01/15 | {16} | Lipscomb & Pitts Insurance | Refund on insurance policy placed by the Florida state court receiver prior to bankruptcy | 1221-000 | 9,503.31 | | 33,170.32 |
| 06/15/15 | 146 | Gregory T. Engler, Attorney at Law | Invoice #1649; Paid per Docket No. 225; Special counsel fees | 6210-600 | | 290.00 | 32,880.32 |
| 06/15/15 | 147 | Beavercreek Bookkeeping & Tax Services LLC | Invoice No. 1693; Paid per Docket No. 224; Accountant fees | 3410-000 | | 325.00 | 32,555.32 |
| 07/01/15 | 148 | Rieser & Marx LLC | Balance of Chapter 11 attorney fees paid per Docket No. 206 ($40,000 previously paid) | 6110-000 | | 26,941.37 | 5,613.95 |
| 08/25/15 | | From Account #******2167 | Transfer funds to general account pursuant to Docket No. 228 | 9999-000 | 627,439.33 | | 633,053.28 |
| 10/20/15 | 149 | Esther Edelsten | Full satisfaction of Esther Edelsten's claim pursuant to Docket No. 243; Includes 6 | 6990-000 | | 165,623.17 | 467,430.11 |

Subtotals :              $716,574.34    $249,144.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 3:14-30054-BAB | **Trustee:** Paul H. Spaeth (550470) |
| **Case Name:** BARRINGTON SPRING HOUSE, LLC | **Bank Name:** Mechanics Bank |
| | **Account:** ******2166 - Checking Account |
| **Taxpayer ID #:** **-***2719 | **Blanket Bond:** $2,000,000.00  (per case limit) |
| **Period Ending:** 05/27/20 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | additional days of interest ($247.60) plus 10/24 payoff ($165,375.57) | | | | |
| 12/22/15 | 150 | River's Edge Apartments & Townhomes, LLC | Settlement to real estate purchaser; Docket No. 248 | 2500-000 | | 25,000.00 | 442,430.11 |
| 12/22/15 | 151 | Harrison Township | Settlement for Proof of Claim #28; Paid per Docket No. 248 | 4110-000 | | 39,466.60 | 402,963.51 |
| 12/31/15 | 152 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #14-30054 | 2300-000 | | 499.16 | 402,464.35 |
| 01/12/16 | 153 | U.S. Legal Support | Deposition of Chris Robbins transcript; Invoice 91440167; Paid pursuant to Docket No. 251 | 2990-000 | | 782.75 | 401,681.60 |
| 04/21/16 | 154 | Rieser & Marx LLC | Trustee's interim attorney fees and expenses (Docket No. 264) | | | 55,807.45 | 345,874.15 |
| | | | 52,805.50 | 3110-000 | | | 345,874.15 |
| | | | 3,001.95 | 3120-000 | | | 345,874.15 |
| 05/10/16 | 155 | U.S. Legal Support, Inc. | Account F31430; Caroline Johnston transcript; Paid per Docket No. 268 | 2990-000 | | 281.77 | 345,592.38 |
| 05/10/16 | 156 | Strip, Hoppers, Leithart, McGrath & Terlecky, Co., LPA | Balance due for attorney fees; Paid pursuant to Docket No. 267 | 6210-160 | | 37,409.27 | 308,183.11 |
| 05/10/16 | 157 | State of Ohio | Administrative portion of POC No. 30; Paid per Docket No. 266 | 6820-000 | | 1,037.37 | 307,145.74 |
| 05/10/16 | 158 | Ohio Dept. of Jobs and Family Services | Administrative portion of POC Nos. 12-2 and 31; Paid per Docket No. 262 | 6820-000 | | 1,043.54 | 306,102.20 |
| 05/10/16 | 159 | Internal Revenue Service | $10,766.39 for POC #29 and $100.00 for POC #2-4; Paid per Docket No. 266 | | | 10,866.39 | 295,235.81 |
| | | | 10,766.39 | 6810-000 | | | 295,235.81 |
| | | | 100.00 | 6810-000 | | | 295,235.81 |
| 05/10/16 | 160 | Stanford Latimore | Security deposit claim; Paid pursuant to Docket No. 266 | 5600-000 | | 1,275.00 | 293,960.81 |
| 05/10/16 | 161 | Deborah Anderson | Security deposit claim; Paid pursuant to Docket No. 266 | 5600-000 | | 425.00 | 293,535.81 |
| 05/10/16 | 162 | Crystal V. Mukes | Security deposit claim; Paid pursuant to Docket No. 266 | 5600-000 | | 717.63 | 292,818.18 |
| 09/06/16 | 163 | Florida Court Reporting | Invoice 120136; Paid per Docket No. 268 (Levy depositions) | 2990-000 | | 935.48 | 291,882.70 |
| 10/24/16 | 164 | Florida Court Reporting | Balance due on invoice 120136; Paid per Docket No. 276 (Levy depositions) | 2990-000 | | 11.12 | 291,871.58 |
| 11/18/16 | 165 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 107.17 | 291,764.41 |

Subtotals :      $0.00      $175,665.70

{} Asset reference(s)

Printed: 05/27/2020 03:19 PM    V.14.66

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 3:14-30054-BAB | | Trustee: | Paul H. Spaeth (550470) |
| Case Name: | BARRINGTON SPRING HOUSE, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******2166 - Checking Account |
| Taxpayer ID #: | **-***2719 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 05/27/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 11/18/2016 FOR CASE #14-30054 | | | | |
| 04/21/17 | 166 | Rieser & Marx LLC | Attorney fees ($28,764.50) and expenses ($1,530.60) per Docket no. 283 | | | 30,295.10 | 261,469.31 |
| | | | | 3110-000 | 28,764.50 | | 261,469.31 |
| | | | | 3120-000 | 1,530.60 | | 261,469.31 |
| 07/24/17 | {15} | Montgomery County Auditor | Real estate tax refund | 1249-000 | 72,832.74 | | 334,302.05 |
| 07/24/17 | {15} | Montgomery County Auditor | Real estate tax refund | 1249-000 | 93,708.54 | | 428,010.59 |
| 07/24/17 | {15} | Montgomery Co. Auditor | Real estate tax refund | 1249-000 | 31,081.12 | | 459,091.71 |
| 07/24/17 | {15} | Montgomery Co. Auditor | Real estate tax refund | 1249-000 | 34,331.00 | | 493,422.71 |
| 12/01/17 | 167 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2017 FOR CASE #14-30054 | 2300-000 | | 176.91 | 493,245.80 |
| 05/23/18 | 168 | Paul Spaeth, Chapter 7 Trustee | Transfer funds to successor trustee | 9999-000 | | 493,245.80 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 948,527.74 | 948,527.74 | $0.00 |
| Less: Bank Transfers | 627,439.33 | 493,245.80 | |
| **Subtotal** | 321,088.41 | 455,281.94 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$321,088.41** | **$455,281.94** | |

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 3:14-30054-BAB | | Trustee: | Paul H. Spaeth (550470) |
| Case Name: | BARRINGTON SPRING HOUSE, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******2167 - Real Estate Escrow |
| Taxpayer ID #: | **-***2719 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 05/27/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/14 | {17} | Estate of Barrington Spring House, LLC | Turnover of Funds | 1290-000 | 1,027,439.33 | | 1,027,439.33 |
| 07/13/15 | 101 | Stok Folk & Kon Trust Account fbo Rafael, Limor, | Docket No. 228; Payment of Mawardis' secured claims against real estate net proceeds escrow account | | | 400,000.00 | 627,439.33 |
| | | | 1/3 of $400K interim secd paymt          133,333.33 | 4110-000 | | | 627,439.33 |
| | | | 1/3 of interim secd paymt          133,333.33 of $400K | 4110-000 | | | 627,439.33 |
| | | | Ref # 4700200 1/3 of          133,333.34 $400K secd claim | 4110-000 | | | 627,439.33 |
| 08/25/15 | | To Account #******2166 | Transfer funds to general account pursuant to Docket No. 228 | 9999-000 | | 627,439.33 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 1,027,439.33 | 1,027,439.33 | $0.00 |
| Less: Bank Transfers | 0.00 | 627,439.33 | |
| Subtotal | 1,027,439.33 | 400,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,027,439.33 | $400,000.00 | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 3:14-30054-BAB |
| **Case Name:** | BARRINGTON SPRING HOUSE, LLC |
| **Taxpayer ID #:** | **-***2719 |
| **Period Ending:** | 05/27/20 |

| | |
|---|---|
| **Trustee:** | Paul H. Spaeth (550470) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******2168 - Trustee Carveout Escrow |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/08/14 | {17} | Estate of Barrington Spring House, LLC | Turnover of Funds | | 1290-000 | 40,000.00 | | 40,000.00 |
| 02/25/15 | 101 | Rieser & Marx LLC | Fees and expenses for counsel for the Chapter 11 Trustee (Docket No. 206) | | | | 40,000.00 | 0.00 |
| | | | Expenses for Chapter 11 Trustee's counsel | 3,847.37 | 6120-000 | | | 0.00 |
| | | | Fees for Chapter 11 Trustee's counsel | 36,152.63 | 6110-000 | | | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 40,000.00 | 40,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 40,000.00 | 40,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$40,000.00** | **$40,000.00** | |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 3:14-30054-BAB | **Trustee:** Paul H. Spaeth (550470) |
| **Case Name:** BARRINGTON SPRING HOUSE, LLC | **Bank Name:** Mechanics Bank |
| | **Account:** ******6566 - Checking Account |
| **Taxpayer ID #:** **-***2719 | **Blanket Bond:** $2,000,000.00  (per case limit) |
| **Period Ending:** 05/27/20 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/18 | | John Paul Rieser, Trustee | Transfer of funds from former Trustee John Paul Rieser | 9999-000 | 493,245.80 | | 493,245.80 |
| 06/19/18 | 168 | Bank of America, N.A. | Per settlemt of tax refund issue with Bank of America (Doc. 290) | 4110-000 | | 156,953.40 | 336,292.40 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 662.16 | 335,630.24 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 560.08 | 335,070.16 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 498.01 | 334,572.15 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.65 | 334,315.50 |
| 10/12/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -1,976.90 | 336,292.40 |
| 12/13/18 | 169 | Insurance Partners Agency Inc. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/13/2018 FOR CASE #14-30054, Trustee bond premium | 2300-000 | | 118.05 | 336,174.35 |
| 07/09/19 | 170 | United States Bankruptcy Court | Dividend paid 100.00% on $993.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 993.00 | 335,181.35 |
| 07/09/19 | 171 | Rieser & Marx LLC | Dividend paid 100.00% on $25,032.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 25,032.00 | 310,149.35 |
| 07/09/19 | 172 | Rieser & Marx LLC | Dividend paid 100.00% on $426.92, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 426.92 | 309,722.43 |
| 07/09/19 | 173 | Thomas G. Kramer | Dividend paid 100.00% on $3,200.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,200.00 | 306,522.43 |
| 07/09/19 | 174 | John Paul Rieser | Dividend paid 100.00% on $6,417.09, Trustee Compensation;  Reference: | 2100-000 | | 6,417.09 | 300,105.34 |
| 07/09/19 | 175 | Paul H. Spaeth | Dividend paid 100.00% on $6,000.00, Trustee Compensation;  Reference: | 2100-000 | | 6,000.00 | 294,105.34 |
| 07/09/19 | 176 | Paul H. Spaeth | Dividend paid 100.00% on $833.96, Trustee Expenses;  Reference: | 2200-000 | | 833.96 | 293,271.38 |
| 07/09/19 | 177 | United States Treasury | Dividend paid 100.00% on $1,992.52, Taxes on Administrative Post-Petition Wages (employer payroll taxes);  Reference: | 2690-730 | | 1,992.52 | 291,278.86 |
| 07/09/19 | 178 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $15,998.69, Income Taxes - Internal Revenue Service (Prior Chapter); Reference: 5788 | 6810-000 | | 15,898.69 | 275,380.17 |
| 07/09/19 | 179 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $34,998.60, Income Taxes - Internal Revenue Service (Prior Chapter);  Reference: | 6810-000 | | 24,232.21 | 251,147.96 |
| | | | Subtotals : | | $493,245.80 | $242,097.84 | |

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 3:14-30054-BAB | |
| **Case Name:** | BARRINGTON SPRING HOUSE, LLC | |
| **Taxpayer ID #:** | **-***2719 | |
| **Period Ending:** | 05/27/20 | |

| | |
|---|---|
| **Trustee:** | Paul H. Spaeth (550470) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******6566 - Checking Account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/09/19 | 180 | Ohio Department of Job and Family Services | Dividend paid 100.00% on $70.43, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);  Reference: | 6820-000 | | 70.43 | 251,077.53 |
| 07/09/19 | 181 | Internal Revenue Service | Dividend paid 100.00% on $10,766.39, Income Taxes - Internal Revenue Service (Prior Chapter);  Reference: | 6810-000 | | 10,766.39 | 240,311.14 |
| 07/09/19 | 182 | Ohio Department of Taxation | Dividend paid 100.00% on $43.89; Claim# 7P; Filed: $43.89; Reference: | 5800-000 | | 43.89 | 240,267.25 |
| 07/09/19 | 183 | Ohio Department of Job and Family Services | Dividend paid 100.00% on $1,935.34; Claim# 12P-2; Filed: $1,935.34; Reference: 1566552-XX-X | 5800-000 | | 1,935.34 | 238,331.91 |
| 07/09/19 | 184 | Ohio Department of Taxation | Dividend paid 100.00% on $1,174.35; Claim# 27 -3; Filed: $1,174.35; Reference: 7587 | 5800-000 | | 1,174.35 | 237,157.56 |
| 07/09/19 | 185 | Ohio Department of Job and Family Services | Dividend paid 100.00% on $175.05; Claim# 31P; Filed: $175.05; Reference: | 5800-000 | | 175.05 | 236,982.51 |
| 07/09/19 | 186 | FOR RENT | Dividend paid 100.00% on $3,855.62; Claim# 1; Filed: $3,855.62; Reference: 4700200 Stopped on 10/28/19 | 7100-001 | | 3,855.62 | 233,126.89 |
| 07/09/19 | 187 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $2,159.19; Claim# 2U-4; Filed: $2,159.19; Reference: 5788 | 7100-000 | | 2,159.19 | 230,967.70 |
| 07/09/19 | 188 | INTERLINE BRANDS INC BANKRUPTCY | Dividend paid 100.00% on $2,830.82; Claim# 3; Filed: $2,830.82; Reference: 579821 | 7100-000 | | 2,830.82 | 228,136.88 |
| 07/09/19 | 189 | ADT Security Services Inc | Dividend paid 100.00% on $1,259.74; Claim# 4; Filed: $1,259.74; Reference: | 7100-000 | | 1,259.74 | 226,877.14 |
| 07/09/19 | 190 | ADT Security Services Inc | Dividend paid 100.00% on $56.71; Claim# 5; Filed: $56.71; Reference: | 7100-000 | | 56.71 | 226,820.43 |
| 07/09/19 | 191 | Strahorn & Co. | Dividend paid 100.00% on $915.10; Claim# 6; Filed: $915.10; Reference: 5788 | 7100-000 | | 915.10 | 225,905.33 |
| 07/09/19 | 192 | Ohio Department of Taxation | Dividend paid 100.00% on $100.00; Claim# 7U; Filed: $100.00; Reference: | 7100-000 | | 100.00 | 225,805.33 |
| 07/09/19 | 193 | Dayton Power and Light | Dividend paid 100.00% on $12,071.94; Claim# 11; Filed: $12,071.94; Reference: 4641 Stopped on 10/28/19 | 7100-000 | | 12,071.94 | 213,733.39 |
| 07/09/19 | 194 | Ohio Department of Job and Family Services | Dividend paid 100.00% on $751.19; Claim# 12U-2; Filed: $751.19; Reference: 1566552-XX-X | 7100-000 | | 751.19 | 212,982.20 |
| 07/09/19 | 195 | RIM Painting | Dividend paid 100.00% on $1,785.00; Claim# 14; Filed: $1,785.00; Reference: | 7100-000 | | 1,785.00 | 211,197.20 |
| 07/09/19 | 196 | Rumpke | Dividend paid 100.00% on $103.61; Claim# | 7100-000 | | 103.61 | 211,093.59 |

| | | | | Subtotals : | $0.00 | $40,054.37 | |

{} Asset reference(s)

Printed: 05/27/2020 03:19 PM    V.14.66

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 3:14-30054-BAB | |
| **Case Name:** | BARRINGTON SPRING HOUSE, LLC | |
| **Taxpayer ID #:** | **-***2719 | |
| **Period Ending:** | 05/27/20 | |

| | | |
|---|---|---|
| **Trustee:** | Paul H. Spaeth (550470) | |
| **Bank Name:** | Mechanics Bank | |
| **Account:** | ******6566 - Checking Account | |
| **Blanket Bond:** | $2,000,000.00  (per case limit) | |
| **Separate Bond:** | N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 16; Filed: $103.61; Reference: 7802 | | | | |
| 07/09/19 | 197 | Montgomery County Environmental Services | Dividend paid 100.00% on $10,388.98; Claim# 18; Filed: $10,388.98; Reference: 9121 | 7100-000 | | 10,388.98 | 200,704.61 |
| 07/09/19 | 198 | FOR RENT | Dividend paid 100.00% on $753.34; Claim# 21; Filed: $753.34; Reference: 4700200/400024922 Voided on 07/30/19 | 7100-001 | | 753.34 | 199,951.27 |
| 07/09/19 | 199 | Vectren Energy Delivery | Dividend paid 100.00% on $1,541.89; Claim# 22; Filed: $1,541.89; Reference: 2083 | 7100-000 | | 1,541.89 | 198,409.38 |
| 07/09/19 | 200 | Vectren Energy Delivery | Dividend paid 100.00% on $1,491.45; Claim# 23; Filed: $1,491.45; Reference: 0558 | 7100-000 | | 1,491.45 | 196,917.93 |
| 07/09/19 | 201 | Vectren Energy Delivery | Dividend paid 100.00% on $1,167.76; Claim# 24; Filed: $1,167.76; Reference: 0258 | 7100-000 | | 1,167.76 | 195,750.17 |
| 07/09/19 | 202 | Vectren Energy Delivery | Dividend paid 100.00% on $233.01; Claim# 25; Filed: $233.01; Reference: 0118 | 7100-000 | | 233.01 | 195,517.16 |
| 07/09/19 | 203 | VAN MARTIN WINDOWS & ROOFING | Dividend paid 100.00% on $4,551.03; Claim# 26; Filed: $4,551.03; Reference: | 7100-000 | | 4,551.03 | 190,966.13 |
| 07/09/19 | 204 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $5,235.46; Claim# 29U; Filed: $5,235.46; Reference: | 7100-000 | | 5,235.46 | 185,730.67 |
| 07/09/19 | 205 | Limor Mawardi | Dividend paid   5.99% on $1,033,333.33; Claim# 8-U; Filed: $3,100,000.00; Reference: | 7400-000 | | 61,910.23 | 123,820.44 |
| 07/09/19 | 206 | Isaac Keith Mawardi | Dividend paid   5.99% on $1,033,333.33; Claim# 9-U; Filed: $3,100,000.00; Reference: | 7400-000 | | 61,910.22 | 61,910.22 |
| 07/09/19 | 207 | Rafael Mawardi | Dividend paid   5.99% on $1,033,333.34; Claim# 10-U; Filed: $3,100,000.00; Reference: | 7400-000 | | 61,910.22 | 0.00 |
| 07/26/19 | | Ohio Department of Job and Family Services | Portion of distribution to creditor returned to estate | 5800-000 | | -1,289.02 | 1,289.02 |
| 07/30/19 | 198 | FOR RENT | Dividend paid 100.00% on $753.34; Claim# 21; Filed: $753.34; Reference: 4700200/400024922 Voided: check issued on 07/09/19 | 7100-001 | | -753.34 | 2,042.36 |
| 10/02/19 | | Transition Transfer Debit | | 9999-000 | | 2,042.36 | 0.00 |
| 10/28/19 | 186 | FOR RENT | Dividend paid 100.00% on $3,855.62; Claim# 1; Filed: $3,855.62; Reference: 4700200 Stopped: check issued on 07/09/19 | 7100-001 | | -3,855.62 | 3,855.62 |
| 10/28/19 | 193 | Dayton Power and Light | Dividend paid 100.00% on $12,071.94; Claim# 11; Filed: $12,071.94; Reference: 4641 Stopped: check issued on 07/09/19 | 7100-000 | | -12,071.94 | 15,927.56 |
| 10/28/19 | | Transition transfer debit | Transition transfer debit | 9999-000 | | 15,927.56 | 0.00 |
| | | | Subtotals : | | $0.00 | $211,093.59 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 9

| Case Number: | 3:14-30054-BAB | | Trustee: | Paul H. Spaeth (550470) |
|---|---|---|---|---|
| Case Name: | BARRINGTON SPRING HOUSE, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******6566 - Checking Account |
| Taxpayer ID #: | **-***2719 | | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 05/27/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 493,245.80 | 493,245.80 | $0.00 |
| | | | Less: Bank Transfers | | 493,245.80 | 17,969.92 | |
| | | | Subtotal | | 0.00 | 475,275.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $475,275.88 | |

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 3:14-30054-BAB | **Trustee:** Paul H. Spaeth (550470) |
| **Case Name:** BARRINGTON SPRING HOUSE, LLC | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******2934 - Checking Account |
| **Taxpayer ID #:** **-***2719 | **Blanket Bond:** $2,000,000.00  (per case limit) |
| **Period Ending:** 05/27/20 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/02/19 | | Transfer from 2166 to 2934 | Transfer from 4083 to 2934 | 9999-000 | 2,042.36 | | 2,042.36 |
| 10/28/19 | | Transfer from 2166 to 2934 | Transfer from 4083 to 2934 | 9999-000 | 15,927.56 | | 17,969.92 |
| 10/29/19 | 208 | Dayton Power and Light | Ref # 4641 | 7100-000 | | 12,071.94 | 5,897.98 |
| 01/13/20 | 209 | United States Bankruptcy Court | Ref # 4700200 | 7100-001 | | 3,855.62 | 2,042.36 |
| 01/13/20 | 210 | United States Bankruptcy Court | Ref # 4700200/400024922 | 7100-001 | | 753.34 | 1,289.02 |
| 03/05/20 | 211 | Limor Mawardi | Distribution of funds returned to estate | 4110-000 | | 429.67 | 859.35 |
| 03/05/20 | 212 | Isaac Keith Mawardi | Distribution of funds returned to estate | 4110-000 | | 429.67 | 429.68 |
| 03/05/20 | 213 | Rafael Mawardi | Distribution of funds returned to estate | 4110-000 | | 429.68 | 0.00 |

|  | | | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 17,969.92 | 17,969.92 | $0.00 |
| | Less: Bank Transfers | | 17,969.92 | 0.00 | |
| | **Subtotal** | | **0.00** | **17,969.92** | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$0.00** | **$17,969.92** | |

| | |
|---|---|
| Net Receipts : | 1,388,527.74 |
| Net Estate : | $1,388,527.74 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2166** | 321,088.41 | 455,281.94 | 0.00 |
| **Checking # ******2167** | 1,027,439.33 | 400,000.00 | 0.00 |
| **Checking # ******2168** | 40,000.00 | 40,000.00 | 0.00 |
| **Checking # ******6566** | 0.00 | 475,275.88 | 0.00 |
| **Checking # ******2934** | 0.00 | 17,969.92 | 0.00 |
| | **$1,388,527.74** | **$1,388,527.74** | **$0.00** |
| Bank Transfers | $1,138,655.05 | $1,138,655.05 | |

| | |
|---|---|
| May 27, 2020 | /s/ Paul H. Spaeth |
| Date | Paul H. Spaeth |